UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
HUMBERTO VAZQUEZ, on behalf of himself and
others similarly situated,

                Plaintiff,

   - against -

MOLTO BENE BELLMORE, INC., doing business
as MOLTO BENE, and KARINA J. TERRAZAS,

               Defendants.
------------------------------------------------------------------x
ROSLYNN R. MAUSKOPF, Chief United States District Judge.

**ORDER ADOPTING REPORT AND RECOMMENDATION**
18-CV-3681 (RRM) (AYS)

      In a *sua sponte* report and recommendation dated January 7, 2020, (the "R&R"), Magistrate Judge Anne Y. Shields recommended that the Clerk's Certificate of Default dated December 17, 2019 (Doc. No. 30) be amended to reflect only the default of Molto Bene Bellmore, Inc., and not that of Karina J. Terrazas. (R&R (Doc. No. 31).) Judge Shields advised the parties that any objections to the R&R had to be filed within fourteen (14) days of receipt of the R&R and directed plaintiff's counsel to serve a copy of the R&R on defendants at their last known address(es). (*Id.*) That same day, plaintiff filed a certificate of service reflecting that a copy of the R&R had been mailed to Terrazas at two different addresses and to Molto Bene Bellmore, Inc. (Certificate of Service (Doc. No. 32).) To date, none of the parties have filed an objection to the R&R.

      Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, adopts the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Accordingly, it is

ORDERED that the R&R is adopted in its entirety.  The Clerk of Court is respectfully directed to amend the Certificate of Default dated December 17, 2019, to reflect that only defendant Molto Bene Bellmore, Inc., and not defendant Karina J. Terrazas, has defaulted.

SO ORDERED.

Dated: Brooklyn, New York
       January 12, 2021

*Roslynn R. Mauskopf*

ROSLYNN R. MAUSKOPF
Chief United States District Judge